
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### RECORD OF PROCEEDINGS AND JUDGMENT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 07MJ1228 |
| vs. | COMPLAINT FILED: 05/31/07 |
| AHJA LYNN PRICE | Tape No: RBB07-1:10:53-11:31 |

**VIOLATION:** CT 1: 18 USC 656 - MISAPPLICATION OF FUNDS BY BANK EMPLOYEE (MISD)

**PROCEEDINGS:**                                                       **DATE:** 06/13/07

__x__ Defendant informed of charges, right to trial and right to counsel.

__x__ Attorney: FEDERAL DEFENDERS BY JOSEPH MCMULLEN

__x__ Filed "Consent to be Tried by U.S. Magistrate Judge"

**PLEA:** __x__ Guilty on Count 1

### JUDGMENT AND COMMITMENT

__x__ Defendant adjudged guilty on count 1

__x__ Penalty Assessment of $25.00 - REMITTED

__x__ Fine of $_____    __X__ Waived    ____ Within_____

____ Committed to the custody of the Bureau of Prisons for imprisonment for a period of _____.

__X__ UNSUPERVISED Probation for a period of __18 MONTHS__ on condition

__X__ she obey all laws Federal, State and Municipal;
__X__ she comply with all lawful rules and regulations of the Probation Department;
__X__ she not possess any narcotic drug or controlled substance without a lawful medical prescription;
__X__ she not possess any firearm or other dangerous weapon.
____ Upon completion of restitution payments, probation may become unsupervised.

    IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

*[Signature]*
Ruben B. Brooks
United States Magistrate Judge

*FILED JUN 15 2007 — CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, BY DEPUTY*

# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   AHJA LYNN PRICE          [1]        07MJ1228

                             []                              []

The Honorable:   RUBEN B. BROOKS

Atty   FEDERAL DEFENDERS, By JOSEPH MCMULLEN   for   [1]   -   PDA

Atty   _____   for   []   -

Atty   AUSA: DAVENE FINNEL   for   []   -

NTA: 6/13/07
F/A: 6/13/07

RBB07-1: 10:53-11:31   (Tape No.)

CASE REASSIGNED TO JUDGE BROOKS
DEFT ARRAIGNED & GUILTY PLEA ENTERED.
COURT ACCEPTS GUILTY PLEA AND SENTENCES TO 18 MONTHS UNSUPERVISED PROBATION ON CONDITIONS AS SET FORTH IN THE JUDGMENT AND COMMITMENT.
S/A - REMITTED.  FINE WAIVED.

Date:  06/13/07                                        by     VTL for RAB

END OF FORM